UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814



U.S. District Court
District of Nevada
333 Las Vegas Blvd., South
Las Vegas, NV 89101

2:10CR121-RLH

RE:        USA vs. BRIAN BARNEY
USDC No.:  2:10-MJ-00062-DAD

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
March 17, 2010 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 6.**

> Documents maintained electronically by the district court are accessible through
> PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                        Very truly yours,

**March 17, 2010**        /s/ A. Benson
                        _____
                        Deputy Clerk

RECEIVED BY:            _____
                        Please Print Name

DATE RECEIVED:          _____

NEW CASE
NUMBER:                 _____

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:10-mj-00062-DAD All Defendants
## Internal Use Only

Case title: USA v. Barney                              Date Filed: 03/15/2010

Assigned to: Magistrate Judge Dale A. Drozd

### Defendant (1)

Brian Barney                    represented by  **Linda C. Harter**
                                                Federal Defenders Office
                                                801 I Street, 3rd Floor
                                                Sacramento , CA 95814
                                                (916) 498-5700
                                                Fax: (916) 498-5710
                                                Email: linda_harter@fd.org
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                *Designation: Public Defender or*
                                                *Community Defender Appointment*

### Pending Counts                              ### Disposition
None

### Highest Offense Level (Opening)
None

### Terminated Counts                           ### Disposition
None

### Highest Offense Level (Terminated)
None

### Complaints                                  ### Disposition
None

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated  3-17-10

**Plaintiff**

USA     represented by **Jean Marie Hobler**
United States Attorney's Office
501 I Street #10-100
Sacramento , CA 95814
916-554-2700
Fax: 916-554-2900
Email: jean.hobler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2010 | 1 | MINUTES (Text Only) for proceedings held before Magistrate Judge Dale A. Drozd:INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS (Indictment, District of Nevada, Las Vegas Division, 2:10-cr-121-RLH-RJJ) as to Brian Barney held on 3/15/2010. Appearance entered by Jean Marie Hobler for USA, Linda C. Harter, FD, on behalf of defendant. Dft advised rights/charges, waived identity hearing, entered NG plea and demand a jury trial. Govt did not object with PTS recommendation. After hearing, Court ordered dft released on a $50,000 unsecured appearance bond co-signed by dft and his parents, PTS supervision and conditions of release. Dft shall comply with conditions of release as stated on the record in open court. DNA testing approved and stayed pending Poole decision. Dft shall report to PTS on 3/25/10. Co-signatures of parents shall be filed by close of business 3/16/10. Legs only shackling authorized. Government Counsel Jean Hobbler present. Defense Counsel Linda Harter present. Custody Status: in custody. Court Reporter/CD Number: Jonahtan Anderson/1. (Buzo, P) (Entered: 03/15/2010) |
| 03/15/2010 |  | (Court only) REMARK: SHACKLING CODE - LEGS ONLY authorized. (Buzo, P) (Entered: 03/15/2010) |
| 03/15/2010 | 2 | NOTICE OF ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Brian Barney. (Benson, A.) (Entered: 03/16/2010) |
| 03/15/2010 | 3 | NOTICE OF UNSECURED APPEARANCE BOND by Brian Barney (Benson, A.) (Entered: 03/16/2010) |
| 03/15/2010 | 4 | ORDER FOR RELEASE OF PERSON IN CUSTODY as to Brian Barney signed by Magistrate Judge Dale A. Drozd on 03/15/10. (Benson, A.) (Entered: 03/16/2010) |
| 03/15/2010 | 5 | NOTICE to DEFENDANT BEING RELEASED as to Brian Barney. (Benson, A.) (Entered: 03/16/2010) |
| 03/16/2010 | 6 | NOTICE - *Unsecured Appearance Bond*. (Harter, Linda) (Entered: 03/16/2010) |

| 03/17/2010 | 7 | TRANSMITTAL of DOCUMENTS on *03/17/10* to * U.S. District Court* *District of Nevada* *333 Las Vegas Blvd., South* *Las Vegas, NV 89101*.  *Electronic Documents: 1 to 6. *. (Benson, A.) (Entered: 03/17/2010) |

**UNITED STATES COURTS**
OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA 501 I ST., STE 4-200
SACRAMENTO, CALIFORNIA 95814-2322

OFFICIAL BUSINESS

CLERK, U.S. DISTRICT COURT
U.S. COURTHOUSE BUILDING
501 I Street, Suite 4-200
Sacramento, California 95814-2322